IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-po-90117-GEB |
| VS. | |
| RENEE I. BOSTICK<br>FORT RILEY, KS | |

## INFORMATION

The United States Attorney charges that:

On or about August 15, 2019, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, RENEE I. BOSTICK did knowingly damage, destroy, deface, and substantially impair the use of property, of a value of less than $1000.00, in which another had an interest without the consent of such other person, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-5813(a)(1). **(Criminal Damage to Property)(Class B Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

*/s/ Robin Graham*
ROBIN GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   10/29/19

*/s/ Gwynne E. Birzer*
HON GWYNNE E. BIRZER
U.S. Magistrate Judge